No. 904, Misc. RINDGO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 849, Misc. CARSON v. KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se.* *Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 647. BORUM v. WISCONSIN EX REL. AMERICAN MOTORS CORP. ET AL., 379 U. S. 968;

No. 674. JACUZZI BROS., INC., ET AL. v. LANDON, INC., 379 U. S. 988;

No. 378, Misc. OTTO v. SOMERS, MAYOR, ET AL., 379 U. S. 1002;

No. 475, Misc. LA CLAIR v. UNITED STATES, 379 U. S. 1002;

No. 706, Misc. SMITH v. NEW JERSEY, 379 U. S. 1005; and

No. 588. RUSS v. SOUTHERN RAILWAY CO., 379 U. S. 991. Petitions for rehearing denied.

MARCH 9, 1965.

No. 3. ARATANI ET AL. v. KENNEDY, ATTORNEY GENERAL. C. A. D. C. Cir. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Thomas H. Carolan* and *Philip W. Amram* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.